# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – FIRST STREET COURTHOUSE

| | |
|---|---|
| ANDREW BABAKHANLOU, an individual and LISA MORENO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE CLAIMS SERVICES, INC., a Wisconsin Corporation; and DOES 1 through 70, INCLUSIVE,<br><br>Defendants. | Case No.: 2:24-cv-08773-MCS-BFM<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>**Complaint filed September 13, 2024** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: December 6, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE